| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>AFRICK, LANCE M. | 2. Court or Organization<br><br>USDC, EASTERN DISTRICT OF LA | 3. Date of Report<br><br>07/12/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>FULL-TIME U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

500 POYDRAS STREET
ROOM C-405
NEW ORLEANS, LA 70130

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member and Past President | Allstate Sugar Bowl |
| 2. | Director | Africk Family Foundation, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 32

**Name of Person Reporting**

AFRICK, LANCE M.

**Date of Report**

07/12/2018

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|------|-----------------|------------------------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2017 | Wilson Elser Moskowitz Edelman & Dicker LLP - guaranteed payments |
| 2. 2017 | Wilson Elser Moskowitz Edelman & Dicker LLP - wages |
| 3. 2017 | CE Oil & Tool Supply, Inc. - wages |
| 4. 2017 | Crescent Drilling & Production - wages |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|--|--------|-------|----------|---------|------------------------|
| 1. | New Orleans Bar Association | March 31 - April 2, 2017 | Point Clear, AL | Bench Bar Conference | hotel, registration |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | UBS Bank | Variable Rate Loan | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Louisiana Local Gov. Enviro (Municipal Bond) | A | Interest | J | T | | | | | |
| 2. Facebook Inc. | | None | K | T | | | | | |
| 3. Allendale, MI Public Callable Bond | A | Interest | | | Sold | 05/01/17 | K | A | |
| 4. American Municipal Power OH Callable Bond | B | Interest | K | T | | | | | |
| 5. Maryland St. Health & Higher Bond | B | Interest | K | T | | | | | |
| 6. Illinois State FGIC Bond | C | Interest | L | T | | | | | |
| 7. Georgia Municipal Electric Bond | A | Interest | | | Sold | 01/01/17 | J | A | |
| 8. Columbus OH Swr Callable Bond SER A | B | Interest | | | Sold | 12/01/17 | K | A | |
| 9. Columbus OH City Sch Callable Bond | B | Interest | L | T | | | | | |
| 10. Florida St. BER Callable Bond (2) | D | Interest | M | T | | | | | |
| 11. Connecticut St. Health & Ser Callable Bond | A | Interest | | | Sold | 07/01/17 | J | A | |
| 12. Atlanta GA Water &Wastewater Rev Bond SER A | C | Interest | L | T | | | | | |
| 13. Houston TX Util Sys Callable Bond | C | Interest | L | T | | | | | |
| 14. Florida St Brd Ed Lottery SR A | B | Interest | K | T | | | | | |
| 15. Nevada St FGIC Callable Bond | B | Interest | | | Sold | 12/01/17 | K | A | |
| 16. Univ Houston TX Callable Bond | B | Interest | K | T | | | | | |
| 17. Florida St. Dept Environmen. Callable Bond (3) | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kentucky Infrastruct Callable Bond | C | Interest | L | T | | | | | |
| 19. Florida St Brd Ed. Lottery SrB | C | Interest | | | Sold | 07/07/17 | L | A | |
| 20. Metropolitan Trans AUNY SER A (2) | C | Interest | L | T | | | | | |
| 21. Metropolitan Trans Auth Asur D (2) (formerly Met Trans Auth NY Bond F) | B | Interest | K | T | | | | | |
| 22. Pennyslvania Higher Ed Callable Bond | C | Interest | L | T | | | | | |
| 23. San Antonio TX Elec Callable Bond (2) | C | Interest | | | Sold | 09/22/17 | L | C | |
| 24. Texas State SRA CRO (formerly Texas State) | C | Interest | L | T | | | | | |
| 25. Amarillo Tex CTFS Callable Bond | A | Interest | | | Sold | 05/15/17 | K | A | |
| 26. Conneticut St Gen Ser A Callable Bond | C | Interest | L | T | | | | | |
| 27. Florida St Brd Educ Pub Callable Bond | B | Interest | L | T | | | | | |
| 28. John Hancock Variable Annuity | | None | N | T | | | | | |
| 29. Blackrock MUN Target Term Trust BTT | C | Dividend | L | T | | | | | |
| 30. Nuveen Inter Duration NID | C | Dividend | L | T | | | | | |
| 31. Pimco Dynamic PCI | D | Dividend | K | T | | | | | |
| 32. Louisiana St Gas & Fuels Tax (Y) | | | | | | | | | |
| 33. Louisiana St RFDG SER C | C | Interest | M | T | | | | | |
| 34. Metro Atlanta Rapid GA SER B | B | Interest | | | Sold | 07/01/17 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pueblo Cnty Colo CTFS PARTN Cnty Judicial Complex | B | Interest | K | T | | | | | |
| 36. Atlanta GA WTR & WASTE WATER FSA SR B (Y) | | | | | | | | | |
| 37. Boynton Beach Fla Util Sys Rev | B | Interest | K | T | | | | | |
| 38. Miami Dade Cnty Fla SCH BRD CTFS SER B | C | Interest | L | T | | | | | |
| 39. Louisiana LOC GOVT Environmental Assur SR B | B | Interest | K | T | | | | | |
| 40. Center Coast MLP & Infrastructure FD | C | Dividend | K | T | | | | | |
| 41. New Jersey ST Trans TRFD SER AA (2) | D | Interest | M | T | | | | | |
| 42. Midland Cnty TEX Fresh WTR Supply DIST (2) | D | Interest | N | T | | | | | |
| 43. University WIS Hosps & Clinics Auth Rev SER A | C | Interest | L | T | | | | | |
| 44. Apple Inc | A | Dividend | K | T | | | | | |
| 45. NJ Eco SR NN Y25 | D | Interest | M | T | | | | | |
| 46. Nuveen Ltd Municipal Bond Fund | B | Dividend | M | T | Buy (add'l) | 04/06/17 | M | | |
| 47. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 48. Proctor & Gamble PG | A | Dividend | J | T | | | | | |
| 49. Apple Inc | A | Dividend | J | T | | | | | |
| 50. New York ST NR3 (prev New York ST Dorm Auth REV Non State Sup Debt) | B | Interest | K | T | | | | | |
| 51. Pennsylvania ST TPK Commn TPK REV for Issued DTD | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Univ Ala CM1 (formerly Univ ALA At Birmingham HOSP REV SER A) | D | Interest | M | T | | | | | |
| 53. Boeing Company Symbol BA | A | Dividend | K | T | | | | | |
| 54. British Amer Tabacco PLC GB SPON ADR | A | Dividend | J | T | | | | | |
| 55. Colgate Palmolive Co Symbol CL | A | Dividend | J | T | | | | | |
| 56. Crane Co Symbol CR | A | Dividend | J | T | | | | | |
| 57. Diago PLC New GB SPON ADR Symbol DEO | A | Dividend | J | T | | | | | |
| 58. Dominion Resources Inc | A | Dividend | J | T | | | | | |
| 59. Home Depot Inc Symbol HD | A | Dividend | J | T | | | | | |
| 60. Illinois Tool Works Inc Symbol ITW | A | Dividend | J | T | | | | | |
| 61. Intel Corp Symbol INTC | A | Dividend | J | T | | | | | |
| 62. Johnson Controls Inc. Symbol JCI | A | Dividend | J | T | | | | | |
| 63. Microsoft Corp Symbol MSFT | A | Dividend | J | T | | | | | |
| 64. Medtronic PLC Symbol MDT | A | Dividend | J | T | | | | | |
| 65. Nordstrom Inc Symbol JWN | A | Dividend | J | T | | | | | |
| 66. Novartis AG SPON ADR Symbol NVS | A | Dividend | J | T | | | | | |
| 67. Nextera Energy Inc COM Symbol NEE | A | Dividend | J | T | | | | | |
| 68. Occidental Petroleum CRP Symbol OXY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pepsico Inc Symbol PEP | A | Dividend | J | T | | | | | |
| 70. Rockwell Automation Inc NEW Symbol ROK | A | Dividend | J | T | | | | | |
| 71. Invesco LTD Symbol IVZ | A | Dividend | J | T | | | | | |
| 72. Schlumberger LTD Netherland Antilles Symbol SLB | A | Dividend | J | T | | | | | |
| 73. Texas Instruments Symbol TXN | A | Dividend | J | T | | | | | |
| 74. Union Pacific Corp Symbol UNP | A | Dividend | J | T | | | | | |
| 75. United Technologies Corp Symbol UTX | A | Dividend | J | T | | | | | |
| 76. VF Corp Symbol VFC | A | Dividend | J | T | | | | | |
| 77. Yum Brands Inc Symbol YUM | A | Dividend | J | T | | | | | |
| 78. New Jersey ST L22 | B | Interest | K | T | Sold (part) | 01/03/17 | J | A | |
| 79. Ecolab Inc Symbol ECL | B | Dividend | M | T | Sold (part) | 07/03/17 | J | A | |
| 80. Bastrop Cnty Texas | A | Interest | | | Sold | 02/15/17 | J | A | |
| 81. Tampa-Hillborough FL2 | C | Interest | L | T | | | | | |
| 82. Delaware VY ER3 | A | Interest | K | T | | | | | |
| 83. Jacksonville Elec 4H5 | C | Interest | L | T | | | | | |
| 84. Mass ST GO Consol Ln SR A | B | Interest | K | T | | | | | |
| 85. Miami-Dade Cnty GS4 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Connecticut ST LQ6 | A | Interest | K | T | | | | | |
| 87. New York ST MY6 | B | Interest | L | T | | | | | |
| 88. Broward CO FL VC9 | D | Interest | M | T | | | | | |
| 89. Jacksonville FL KA3 | A | Interest | J | T | | | | | |
| 90. Deltona FL BZ2 | B | Interest | K | T | | | | | |
| 91. Tangipahoa Par DK5 | A | Interest | K | T | | | | | |
| 92. Memphis Ctr BL7 | C | Interest | L | T | | | | | |
| 93. California St YB4 | B | Interest | L | T | | | | | |
| 94. Daytona Beach FL CF2 | B | Interest | L | T | | | | | |
| 95. Indiannapolis Ind Loc Pub SER L | C | Interest | | | Sold | 12/19/17 | K | A | |
| 96. NJ ECO V26 | C | Interest | L | T | | | | | |
| 97. Las Vegas Q60 | B | Interest | K | T | | | | | |
| 98. Southern ILL Univ Revs | A | Interest | J | T | | | | | |
| 99. North Carolina Infrastru | B | Interest | | | Sold | 08/03/17 | L | A | |
| 100. Tampa FL BH3 | C | Interest | L | T | | | | | |
| 101. Vermont St DR3 | C | Interest | L | T | | | | | |
| 102. Philadelphia PA WLL | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Conneticut ST JU7 | C | Interest | L | T | | | | | |
| 104.  Univ IL CP8 | A | Interest | | | Sold | 10/01/17 | J | A | |
| 105.  Daytona Beach CC9 | D | Interest | M | T | | | | | |
| 106.  Miami FL HU2 | B | Interest | K | T | | | | | |
| 107.  North TEX TWY Auth Rev SER A | C | Interest | | | Sold | 12/12/17 | K | A | |
| 108.  Will Co KL8 | B | Interest | K | T | | | | | |
| 109.  Maryland St LSO | A | Interest | K | T | | | | | |
| 110.  Miami Dade Cnty QU2 | A | Interest | J | T | | | | | |
| 111.  Indiana Mun Pwr 2M2 | A | Interest | K | T | | | | | |
| 112.  NJ ECO DV UTH Due Date 030124 | A | Interest | K | T | | | | | |
| 113.  Onondaga Cnty NY Indl | B | Interest | K | T | | | | | |
| 114.  Kansas City Mo SPL OBLIG SR B | D | Interest | M | T | | | | | |
| 115.  Texas ST LW7 | C | Interest | L | T | | | | | |
| 116.  New York St Twy Auth St SR A | D | Interest | M | T | | | | | |
| 117.  New Jersey Trans Trust SR AA | C | Interest | L | T | | | | | |
| 118.  New Jersey St Tok Auth SER A | B | Interest | K | T | | | | | |
| 119.  Victoria TX ISD | B | Interest | | | Sold | 12/20/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pennsylvania St Tpk SR A-1 | B | Interest | K | T | | | | | |
| 121. Univ Pittsburgh SR B RV | B | Interest | K | T | | | | | |
| 122. Connecticut St Gen SER C | D | Interest | M | T | | | | | |
| 123. Spring Tex Indpt Sch Dist | A | Interest | | | Sold | 02/15/17 | J | A | |
| 124. Fort Bend Cnty TX LTD | A | Interest | | | Sold | 03/01/17 | K | A | |
| 125. Miami-Dade Cnty FL Edl Amtac Sr A | B | Interest | | | Sold | 04/01/17 | L | A | |
| 126. Connecticut ST Health & Rev NPFG | B | Interest | | | Sold | 07/01/17 | K | A | |
| 127. Palm Beach Cnty FL Sch Brd | A | Interest | | | Sold | 08/01/17 | J | A | |
| 128. Univ IL Brd Trust EES CX1 | A | Interest | | | Sold | 10/01/17 | J | A | |
| 129. Pennsylvania St SR A | B | Interest | | | Sold | 11/01/17 | K | A | |
| 130. Alabama St Pub Sch & Clge | B | Interest | | | Sold | 12/01/17 | K | A | |
| 131. New Haven Connecticut GO SER 08A | A | Interest | K | T | | | | | |
| 132. Texas St Univ Sys KQ6 | B | Interest | K | T | | | | | |
| 133. Oak Island NC Enterprise Asur | A | Interest | J | T | | | | | |
| 134. Texas St SR A CT6 | C | Interest | L | T | | | | | |
| 135. New Jersey ST CTFS Partn SER A | A | Interest | K | T | | | | | |
| 136. Torrance Calif HP RV TOR | A | Interest | | | Sold | 01/23/17 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Connecticut St Health & Edl SER J | A | Interest | | | Sold | 07/01/17 | K | A | |
| 138.  Maine Health & Higher ED | A | Interest | | | Sold | 07/07/17 | J | A | |
| 139.  Cucamonga VY CA Wtr SER A | C | Interest | L | T | | | | | |
| 140.  Palm Beach Co Fla Hsg SR A | A | Interest | J | T | | | | | |
| 141.  Miami-Dade Cnty Fla Spl SR A | B | Interest | | | Sold | 10/01/17 | K | A | |
| 142.  Orlando Orange Cnty FL | B | Interest | | | Sold | 07/01/17 | K | A | |
| 143.  Greenwood SC 50 Sch FAC | A | Interest | | | Sold | 12/01/17 | J | A | |
| 144.  Hialeah Fla Hsg Auth REV | A | Interest | K | T | | | | | |
| 145.  Mass St Wtr Res Au SR B | A | Interest | K | T | | | | | |
| 146.  Blackrock Municipal BKK | A | Dividend | K | T | | | | | |
| 147.  Blackrock Munivest MVT | A | Dividend | K | T | | | | | |
| 148.  Blackrock Municipal Income BFI | B | Dividend | K | T | | | | | |
| 149.  Invesco High Yield Municipal Fund | D | Dividend | M | T | | | | | |
| 150.  Aegon AEH | B | Dividend | K | T | | | | | |
| 151.  UBS Bank USA DEP | A | Interest | J | T | | | | | |
| 152.  Nuveen Real Asset Income Fund Class C | | None | J | T | | | | | |
| 153.  First Eagle Global Fund Class C | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. American Century Equity Income | | None | J | T | | | | | |
| 155. Pimco Income Fund Class C | | None | J | T | | | | | |
| 156. Amazon Com Inc | | None | J | T | | | | | |
| 157. Apple Inc (Y) | | | | | | | | | |
| 158. Boeing Company (Y) | | | | | | | | | |
| 159. UNTD Technologies Corp (Y) | | | | | | | | | |
| 160. University TEX PERM UNIV FD SER A | C | Interest | M | T | | | | | |
| 161. Southwest Higher ED AUTH INC TEX REV | D | Interest | M | T | | | | | |
| 162. Texas A&M UNIV REV | D | Interest | M | T | | | | | |
| 163. Port Auth NY & NJ RFDG | D | Interest | M | T | | | | | |
| 164. New York NY CALLABLE 253 | C | Interest | M | T | | | | | |
| 165. Washington St for Issues 2017 | D | Interest | M | T | | | | | |
| 166. New York NY CITY TRANS FIN AUTH REV | B | Interest | L | T | | | | | |
| 167. Austin TX CMNTY COLLEGE DIST PUB FAC REV | C | Interest | M | T | | | | | |
| 168. Port ST Lucie FLA UTIL REV RFDG | D | Interest | M | T | | | | | |
| 169. Pennsylvania ST E57 | D | Interest | M | T | | | | | |
| 170. Miami-Dade CNTY FLA SER A RK8 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Houston TEX CMNTY COLLEGE SYS REV | D | Interest | M | T | | | | | |
| 172. Arizona ST TRANSN BRD RV | C | Interest | M | T | | | | | |
| 173. Allen TX INDPT SCH DIST RFDG | C | Interest | L | T | | | | | |
| 174. New York ST DORM AUTH ST SRB RV D46 | D | Interest | M | T | | | | | |
| 175. Indiana ST FIN AUTH WASTEWATER UTIL REV | D | Interest | M | T | | | | | |
| 176. University HI SER E RV | D | Interest | M | T | | | | | |
| 177. Texax WTR DEV BRD REV | D | Interest | M | T | | | | | |
| 178. Honolulu Hi Cnty -B SER B | D | Interest | M | T | | | | | |
| 179. New York ST URBAN DEV SR A RV | D | Interest | M | T | | | | | |
| 180. San Antonio TX WTR Syst SR B | D | Interest | M | T | | | | | |
| 181. Lake Dallas TEX ISD Perma | D | Interest | M | T | | | | | |
| 182. Cameron CNTY TEX ISD Perma | D | Interest | M | T | | | | | |
| 183. UNIV MI UNV RV | D | Interest | M | T | | | | | |
| 184. North Harris CNTY TX WTR AU REV | D | Interest | M | T | | | | | |
| 185. Bexar CNTY TX XW5 | C | Interest | L | T | | | | | |
| 186. Houston TX Util GU5 | D | Interest | M | T | | | | | |
| 187. Texas ST for Issues Q44 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. New York NY for Previous A-1 FC8 | D | Interest | M | T | | | | | |
| 189. Pennsylvania St TPK SQ3 | D | Interest | M | T | | | | | |
| 190. Washington St for Issues SR C | D | Interest | M | T | | | | | |
| 191. Pennsylvania St TPK Comm Build AT BAM | C | Interest | M | T | | | | | |
| 192. Mi Mun Bd AV Clean Water | A | Interest | J | T | | | | | |
| 193. OK Muni Pur Au Pwr Supp | A | Interest | | | Sold | 01/01/17 | J | A | |
| 194. Frederick Md Mtg RV RFDG | A | Interest | | | Sold | 03/02/17 | J | A | |
| 195. New Jersey Health Care F | A | Interest | K | T | | | | | |
| 196. City of NY A-1 Z58 | B | Interest | K | T | | | | | |
| 197. New York NY For Previous Asur C-1 7A3 (Y) | | | | | | | | | |
| 198. New York St Dorm Auth RE F68 (Y) | | | | | | | | | |
| 199. Austin TX Htl Occupony EX1 | A | Interest | K | T | | | | | |
| 200. Chicago IL O Hare Intl A | A | Interest | K | T | | | | | |
| 201. North TX Twy Auth Sr B Q64 | B | Interest | K | T | | | | | |
| 202. Dallas TX Indpt Sch RPO | A | Interest | J | T | | | | | |
| 203. Dutchess Cnty Assur RV | A | Interest | J | T | | | | | |
| 204. Flat Bluff TX | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Ohio State Sr B Pt7 | D | Interest | M | T | | | | | |
| 206. Tanger Factory Outlet Centers Inc | A | Dividend | J | T | | | | | |
| 207. Yum China Hldgs Inc | A | Dividend | J | T | | | | | |
| 208. Lower Colo Riv Au TX | A | Interest | | | Sold | 01/01/17 | J | A | |
| 209. Birmingham ALAWtrwks & Ser A | A | Interest | | | Sold | 01/01/17 | K | A | |
| 210. Richmond VA Pub Util Rev | A | Interest | | | Sold | 01/15/17 | J | A | |
| 211. Aldine TX Indpt Sch | A | Interest | | | Sold | 02/15/17 | J | A | |
| 212. Deer Park TX ISD | A | Interest | | | Sold | 02/15/17 | K | A | |
| 213. Pearland TX Cert Oblig | A | Interest | | | Sold | 03/01/17 | J | A | |
| 214. Illinois ST 4FZ' | A | Interest | | | Sold | 04/01/17 | J | A | |
| 215. Miami-Dade Cnty FLA RV FV8 | A | Interest | | | Sold | 04/01/17 | J | A | |
| 216. Miami-Dade Cnty FLA Spl MNO | A | Interest | | | Sold | 04/01/17 | J | A | |
| 217. Elyria Ohio City Sch Dist Syn | A | Interest | | | Sold | 06/01/17 | K | A | |
| 218. Washington St Ser B & AT-7 | A | Interest | | | Sold | 06/01/17 | J | A | |
| 219. Metro Atlanta Rapid Trans GA Tax | B | Interest | | | Sold | 06/01/17 | K | A | |
| 220. Titus Co TX Asur | A | Interest | J | T | | | | | |
| 221. El Monte CA UN High Sch Assur SR A | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Marion Co FL Pub SrA Assur | A | Interest | J | T | | | | | |
| 223. Broward Cnty Fl Sch Brd YU5 | A | Interest | J | T | | | | | |
| 224. Chester Co PA Pref | A | Interest | J | T | | | | | |
| 225. Maryland St for Issues D SrB | B | Interest | K | T | | | | | |
| 226. Marysville CA JT Uni Agr | A | Interest | K | T | | | | | |
| 227. Oange Cnty FL Sch Brd NSO | A | Interest | J | T | | | | | |
| 228. Texas St Techinical Colle Assur CB6 | A | Interest | J | T | | | | | |
| 229. Texas St Technical Colle Assur C65 | C | Interest | L | T | | | | | |
| 230. New York St Dorm Auth AY7 | A | Interest | J | T | | | | | |
| 231. Miami-Dade Cnty Fl Aria WT1 | A | Interest | K | T | | | | | |
| 232. Univ CT Genl Oblig SR A | A | Interest | K | T | | | | | |
| 233. Harris Co TX Hlth JC9 | A | Interest | J | T | | | | | |
| 234. Rhode IS St Econ DV Corp | A | Interest | J | T | | | | | |
| 235. Michigan Mun BD Auth | A | Interest | K | T | | | | | |
| 236. Columbia SC Wtrwks Swr Sr A | B | Interest | K | T | | | | | |
| 237. Massachusetts St Dev Fin B-s | B | Interest | L | T | | | | | |
| 238. New Jersey Health Care Radia | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Illinois HSG Dev Au Mult | A | Interest | J | T | | | | | |
| 240. Oklahoma Agric & Mechani | B | Interest | K | T | | | | | |
| 241. Louisiana St Transn Auth SrA | D | Interest | N | T | | | | | |
| 242. Tennessee St SrA | A | Interest | K | T | | | | | |
| 243. Will Cnty IL Cmnty RC4 | A | Interest | | | Sold | 10/01/17 | J | A | |
| 244. Southwind HSG Inv Evnsvl | A | Interest | J | T | | | | | |
| 245. North Carolina Estn Mun RV Radia | A | Interest | J | T | | | | | |
| 246. New York NY for Previous D-1 3FS | A | Interest | | | Sold | 12/01/17 | J | A | |
| 247. New Jersey Hlth Care FAC | A | Interest | K | T | | | | | |
| 248. Honolulu HI Wstewtr Cnty Rev | A | Interest | | | Sold | 07/01/17 | K | A | |
| 249. Glendale AZ Transn B26 | A | Interest | | | Sold | 07/01/17 | J | A | |
| 250. Manatee Cnty FL Sch Natio (X) | A | Interest | | | Sold | 07/01/17 | J | A | |
| 251. Broward Cnty Fl Sch Brd Ser A TYO | A | Interest | | | Sold | 07/03/17 | J | A | |
| 252. Broward Cnty FL Sch Brd Ser A TE4 | A | Interest | | | Sold | 07/03/17 | J | A | |
| 253. Orange Cnty FL Sch Brd MF9 | A | Interest | | | Sold | 08/01/17 | J | A | |
| 254. Orange Cnty FL Sch Brd LU7 | A | Interest | | | Sold | 08/01/17 | J | A | |
| 255. Temple TX Util Sys | A | Interest | | | Sold | 08/01/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Massachusetts St Sch Ambac FF5 | A | Interest | | | Sold | 08/15/17 | J | A | |
| 257. Sacramento CA Area FGIC Sr A | A | Interest | | | Sold | 10/01/17 | J | A | |
| 258. Miami-Dade Cnty Fla Aviation RV2 | C | Interest | | | Sold | 04/01/17 | K | A | |
| 259. NewYork NY for Previa 6V8 | A | Interest | | | Sold | 10/01/17 | K | A | |
| 260. Philadelphia PA Gas Wks | A | Interest | | | Sold | 10/01/17 | K | A | |
| 261. New York NY For Previa 385 | A | Interest | | | Sold | 12/01/17 | J | A | |
| 262. North TX Twy Auth PWO | D | Interest | | | Sold | 12/20/17 | L | A | |
| 263. New Haven Connecticut Co XZ6 | A | Interest | J | T | | | | | |
| 264. Texas St LCL | A | Interest | J | T | | | | | |
| 265. Miami-Dade Cnty Fla VAO | A | Interest | J | T | | | | | |
| 266. Miami-Dade Cnty Fla Sch UXI | A | Interest | J | T | | | | | |
| 267. Miami-Dade Cnty FL UY9 | A | Interest | J | T | | | | | |
| 268. Wisconsin St Ser C | A | Interest | J | T | | | | | |
| 269. Broward Cnty Fl Sch VK7 | A | Interest | J | T | | | | | |
| 270. Metro Atlanta Rapid Tran PH1 | A | Interest | J | T | | | | | |
| 271. New Jersey ST Edl Facs A P27 | A | Interest | J | T | | | | | |
| 272. Wayne St Univ Mi Univ W44 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. St of WA GO SrE GE4 | B | Interest | K | T | | | | | |
| 274. St of WA GO Sr E GM6 | A | Interest | K | T | | | | | |
| 275. Conneticut St for Issue Sr A RBO | A | Interest | K | T | | | | | |
| 276. Albany Daugherty AB6 | A | Interest | J | T | | | | | |
| 277. Univ HI Brd Reg Sr E JP2 | B | Interest | K | T | | | | | |
| 278. Texas St Univ Sys TV6 | B | Interest | L | T | | | | | |
| 279. Harris Co TX Hlth TD7 | A | Interest | J | T | | | | | |
| 280. Albany Dougherty AA8 | A | Interest | J | T | | | | | |
| 281. New Jersey St EG1 | B | Interest | K | T | | | | | |
| 282. Beaumont Unified DG6 | A | Interest | J | T | | | | | |
| 283. NJ ECO DV WS8 (Y) | | | | | | | | | |
| 284. Orange Cnty FL Health AY1 | A | Interest | K | T | | | | | |
| 285. Oregon St Dept CT9 | A | Interest | J | T | | | | | |
| 286. Louisiana LDC Govt NG5 | D | Interest | M | T | | | | | |
| 287. New Jersey Trans Trust PZ8 | B | Interest | K | T | | | | | |
| 288. Univ Houston TX 8M1 | A | Interest | J | T | | | | | |
| 289. Massachusetts H&E JS1 | B | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Illinois St K42 | C | Interest | L | T | | | | | |
| 291. Livonia MI Pub Sch SUO | A | Interest | K | T | | | | | |
| 292. Florida St CE6 | A | Interest | | | Sold | 07/19/17 | J | A | |
| 293. Harris Co TX Hlth FACS HU7 | A | Interest | J | T | | | | | |
| 294. Cleveland OH Income KGO | B | Interest | L | T | | | | | |
| 295. Austin TX EL2 | A | Interest | J | T | | | | | |
| 296. Chi IL MVO | A | Interest | J | T | | | | | |
| 297. New Jersey Trans QA2 | A | Interest | J | T | | | | | |
| 298. North TX Twy TB2 | A | Interest | J | T | | | | | |
| 299. Douglass Co DF2 | A | Interest | K | T | | | | | |
| 300. Dallas TX RS4 | A | Interest | K | T | | | | | |
| 301. South Broward FL HP1 | A | Interest | | | Sold | 05/01/17 | J | A | |
| 302. Univ CA HT5 (Y) | | | | | | | | | |
| 303. Wisconsin St SU1 (formerly Lincoln St Hlth SU1) | A | Interest | | | Sold | 12/01/17 | J | A | |
| 304. Sacramento Cnty CA JD5 | A | Interest | K | T | | | | | |
| 305. Pennsylvania St Tpk CW1 | B | Interest | K | T | | | | | |
| 306. Almeda Corridor GN9 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Miami-Dade Cnty BW5 | A | Interest | J | T | | | | | |
| 308. Riverside CA Elec QQ5 | A | Interest | K | T | | | | | |
| 309. New York St TU7 | A | Interest | J | T | | | | | |
| 310. Conneticut St Health Sr J (previously Connecticut St Health WC5) | A | Interest | K | T | | | | | |
| 311. City of NY NAD | B | Interest | K | T | | | | | |
| 312. Broward CO FL Arpt UE6 | C | Interest | L | T | | | | | |
| 313. Miami-Dade Cnty FL VX3 | A | Interest | J | T | | | | | |
| 314. Houston TX NL6 | B | Interest | K | T | | | | | |
| 315. Castle Rock CO DD1 | B | Interest | K | T | | | | | |
| 316. Idaho Health FACS VJ5 | A | Interest | K | T | | | | | |
| 317. Harris CO JE5 | A | Interest | K | T | | | | | |
| 318. Miami-Dade Cnty UZ4 | C | Interest | L | T | | | | | |
| 319. Dallas Ft Worth SR2 | B | Interest | K | T | | | | | |
| 320. Houston TX Util Sys JN8 | A | Interest | J | T | | | | | |
| 321. Hamilton Cnty OH YV5 | A | Interest | K | T | | | | | |
| 322. Pennsylvania ST TPK GTFO (Y) | | | | | | | | | |
| 323. New York CIty X99 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Laredo TX GX5 | B | Interest | K | T | | | | | |
| 325. Franklin Cntty BN6 | B | Interest | K | T | | | | | |
| 326. Ohio St Pub DE1 | B | Interest | L | T | | | | | |
| 327. Santa Ana CA EU6 | A | Interest | J | T | | | | | |
| 328. Baltimore MD TF7 | A | Interest | | | Sold | 07/01/17 | J | A | |
| 329. Glendale AZ BR4 | A | Interest | | | Sold | 07/01/17 | J | A | |
| 330. Lorain Co Ohio JD1 | A | Interest | J | T | | | | | |
| 331. Mississippi St 7D5 | B | Interest | K | T | | | | | |
| 332. Wayne St WU4 | A | Interest | K | T | | | | | |
| 333. Illinois Fin GX1 | A | Interest | J | T | | | | | |
| 334. Atlanta GA Arpt RSQ | A | Interest | K | T | | | | | |
| 335. Amgen Inc | A | Dividend | J | T | | | | | |
| 336. Bristol Myers Squibb CO | A | Dividend | J | T | | | | | |
| 337. CVS Health Corp | A | Dividend | J | T | | | | | |
| 338. Alphabet Inc CL A | | None | J | T | | | | | |
| 339. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 340. Gen Electric CO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 342. Mondelez Intl Inc | A | Dividend | J | T | | | | | |
| 343. Metlife Inc | A | Dividend | J | T | | | | | |
| 344. Total SA Symbol TOT | A | Dividend | J | T | | | | | |
| 345. United Parcel Service Symbol UPS | A | Dividend | J | T | | | | | |
| 346. NB Strategic Co (2) | | None | K | T | | | | | |
| 347. UBS Bank USA Dep Acct | | None | L | T | | | | | |
| 348. UBS AG Deposit Account (Y) | | | | | | | | | |
| 349. JP Morgan Strategic Income | A | Dividend | K | T | | | | | |
| 350. Blackrock Stratetgic Income I | A | Dividend | K | T | | | | | |
| 351. Sterling Capitol Ultra Short Bond Fund | A | Dividend | K | T | Sold (part) | 06/02/17 | J | A | |
| 352. | | | | | Sold (part) | 09/12/17 | J | A | |
| 353. | | | | | Sold (part) | 12/06/17 | J | A | |
| 354. | | | | | Sold (part) | 12/19/17 | J | A | |
| 355. Blackrock Global Long Short Equity (Y) | | | | | | | | | |
| 356. Thornburg Limited Term Municipal | B | Dividend | L | T | Buy (add'l) | 04/06/17 | K | | |
| 357. Amgen Inc AMGN | A | Dividend | J | T | Buy (add'l) | 11/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Boeing Company BA | A | Dividend | J | T | | | | | |
| 359. British Amer BTI | A | Dividend | J | T | | | | | |
| 360. Colgate CL | A | Dividend | J | T | | | | | |
| 361. Alphabet Inc GOOGL | | None | J | T | Buy (add'l) | 12/20/17 | J | | |
| 362. Crane Co CR | A | Dividend | J | T | | | | | |
| 363. Duagei PLC DEO | A | Dividend | J | T | | | | | |
| 364. Genl Electric GE | A | Dividend | | | Sold | 11/02/17 | J | A | |
| 365. Home Depot Inc HD | A | Dividend | J | T | | | | | |
| 366. Illinois Tool ITW | A | Dividend | J | T | | | | | |
| 367. Intel Corp INTL | A | Dividend | J | T | | | | | |
| 368. Johnson Controls JCI | A | Dividend | J | T | | | | | |
| 369. Lockheed Martin LMT | A | Dividend | J | T | | | | | |
| 370. Microsoft Corp MSFT | A | Dividend | J | T | | | | | |
| 371. Mondelez MDLZ | A | Dividend | J | T | | | | | |
| 372. Medtronic MDT | A | Dividend | J | T | | | | | |
| 373. Nordstrom JWN | A | Dividend | | | Sold | 11/16/17 | J | A | |
| 374. Novartis NVS | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Nextero NEE | A | Dividend | J | T | | | | | |
| 376. Occidental OXY | A | Dividend | | | Sold | 04/06/17 | J | A | |
| 377. Pepsico Inc PEP | A | Dividend | J | T | | | | | |
| 378. Proctor & Gamble PG (Y) | | | | | | | | | |
| 379. Rockwell Automation ROK | A | Dividend | J | T | | | | | |
| 380. Invesco IVZ | A | Dividend | J | T | | | | | |
| 381. Texas Instruments TXN | A | Dividend | J | T | | | | | |
| 382. Union Pacific Corp UNP | A | Dividend | J | T | | | | | |
| 383. Total SA France TOT | A | Dividend | J | T | | | | | |
| 384. United Parcel Service UPS | A | Dividend | J | T | | | | | |
| 385. United Technologies UTX | A | Dividend | J | T | | | | | |
| 386. VF Corp VFC | A | Dividend | | | Sold | 07/13/17 | J | A | |
| 387. YUMI Brands YUM | A | Dividend | J | T | | | | | |
| 388. Nuveen Short Duration NVHIX | B | Dividend | K | T | Buy (add'l) | 04/06/17 | K | | |
| 389. Thornburg Limited Term Municipal (Y) | | | | | | | | | |
| 390. SPDR S&P XRT (X) | A | Dividend | | | Sold | 03/23/17 | J | A | |
| 391. Accenture ACN | | None | J | T | Buy | 11/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Amazon AMZN | | None | J | T | Buy | 06/16/17 | J | | |
| 393. Chevron Corp | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 394. McDonalds Corp | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 395. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 396. Metlife | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 397. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 398. Suncor SU | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 399. US Bancorp Del | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 400. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 401. CVS | A | Dividend | | | Buy | 04/06/17 | J | | |
| 402. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 403. | | | | | Sold | 10/24/17 | J | A | |
| 404. Price T Rowe | | None | | | Buy | 04/06/17 | J | | |
| 405. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 406. | | | | | Sold | 05/24/17 | J | A | |
| 407. Louisiana St Gas & Fuels SR6 (X) | A | Interest | K | T | | | | | |
| 408. Louisiana St Gas & Fuels SZ8 (X) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Atlanta GA WTR & Wastewater PG9 (X) | A | Interest | K | T | | | | | |
| 410. Atlanta GA WTR & Wastewater PP9 (X) | A | Interest | K | T | | | | | |
| 411. New York St Z87 (X) | | None | L | T | | | | | |
| 412. Univ Houston TX DSO (X) | A | Interest | J | T | | | | | |
| 413. Univ Houston TX EA8 (X) | A | Interest | J | T | | | | | |
| 414. Univ CA SR6 5Z4 (X) | | None | K | T | | | | | |
| 415. Univ CA RV 6S9 (X) | | None | K | T | | | | | |
| 416. Dallas Fort Worth TL4 | D | Interest | M | T | Buy | 01/24/17 | M | | |
| 417. Florida St XU3 | B | Interest | M | T | Buy | 01/24/17 | M | | |
| 418. New Jersey Trans 2M2 | C | Interest | M | T | Buy | 01/10/17 | M | | |
| 419. Ohio St DD3 | C | Interest | L | T | Buy | 03/02/17 | L | | |
| 420. Alabama AQ3 | C | Interest | L | T | Buy | 02/15/17 | L | | |
| 421. Dallas TX RMO | C | Interest | M | T | Buy | 01/23/17 | M | | |
| 422. Univ OK NX2 | A | Interest | M | T | Buy | 12/22/17 | M | | |
| 423. Austin TX JU1 | | None | L | T | Buy | 09/22/17 | L | | |
| 424. North TX PX5 | A | Interest | L | T | Buy | 12/21/17 | L | | |
| 425. Ohio St 2K3 | B | Interest | L | T | Buy | 04/21/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. The Comwlth of MA KA3 | B | Interest | L | T | Buy | 06/22/17 | L | | |
| 427. Massachuetts St YA3 | A | Interest | L | T | Buy | 09/27/17 | L | | |
| 428. Ohio St JW5 | A | Interest | M | T | Buy | 12/19/17 | M | | |
| 429. Massachusetts ST EB8 | B | Interest | L | T | Buy | 02/10/17 | L | | |
| 430. Atlanta GA ZW1 | C | Interest | L | T | Buy | 02/14/17 | L | | |
| 431. Dutchess Cnty JV5 | A | Interest | K | T | Buy | 07/17/17 | K | | |
| 432. Pennsylvania St S46 | | None | L | T | Buy | 12/15/17 | L | | |
| 433. Central Puget Sand 6FO | C | Interest | L | T | Buy | 03/02/17 | L | | |
| 434. District Columbia GJ8 | B | Interest | L | T | Buy | 07/06/17 | L | | |
| 435. Utility Debt BT5 (X) | D | Interest | M | T | | | | | |
| 436. Washington ST F86 | A | Interest | M | T | Buy | 08/04/17 | M | | |
| 437. Texas A&M FNO | A | Interest | M | T | Buy | 12/19/17 | M | | |
| 438. District Columbia ULO | B | Interest | L | T | Buy | 08/04/17 | L | | |
| 439. Oregon St A72 | C | Interest | L | T | Buy | 03/09/17 | L | | |
| 440. New Jersey R93 | A | Interest | M | T | Buy | 07/13/17 | M | | |
| 441. Univ VA WM1 | A | Interest | L | T | Buy | 12/15/17 | L | | |
| 442. Philadelphia PA ZBO | B | Interest | M | T | Buy | 05/12/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. NB Strategic LP Invest | | None | M | T | Buy | 09/30/17 | M | | |
| 444. Alpha Keys (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LANCE M. AFRICK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544